UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RYAN S. HERR, | ) | HONORABLE JUDGE ANDREA R. WOOD |
| Plaintiff, | ) ) ) | |
| VS. | ) ) | CASE NO. 20 CV 2664 |
| COLUMBIA COLLEGE CHICAGO, RABIA KHAN HARVEY, ANDREA ENGLE, JOANNE GUNS, JEFFREY GRAUEL, AND ANDREW WHATLEY, | ) ) ) ) ) | |
| | ) ) | MAGISTRATE JUDGE YOUNG B. KIM |
| Defendants. | ) | |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)**

NOW COMES THE PLAINTIFF, RYAN S. HERR, by and through his Attorneys, ROUSKEY AND BALDACCI by CHRIS D. ROUSKEY, and hereby voluntarily dismisses all claims against all Defendants in this matter, with prejudice, each party to bear her, his, or its own costs and expenses.

**RYAN S. HERR**, Plaintiff

BY    /S/ CHRIS D. ROUSKEY
**CHRIS D. ROUSKEY**, His Attorney

CHRIS D. ROUSKEY
ROUSKEY AND BALDACCI
210 N. HAMMES AVENUE, SUITE 105
JOLIET, ILLINOIS 60435
PHONE: 815-741-2118
FAX: 815-741-0670
E-MAIL: ROUSKEYLAW@GMAIL.COM
IL REGISTRATION NO. 03123595